UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRIA GUNSBERG,

                          Plaintiff,

            -v-

ST. JOSEPH'S SCHOOL FOR THE
DEAF,

                          Defendant.

21-CV-6625 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

       The Court has been informed that the parties have reached a settlement in principle of

this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within thirty days.

       All filing deadlines and conference dates are adjourned *sine die*.

       SO ORDERED.

Dated: September 16, 2022
       New York, New York

_____
            J. PAUL OETKEN
         United States District Judge